IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | **4:17CR3004** |
| vs. | **ORDER** |
| BRENIS VAUGHN, | |
| Defendant. | |

Upon reviewing the pretrial services reports filed in this case, the court finds Defendant has a significant history of failing to appear for court hearings, assaultive, threatening and terroristic behavior, and failure to comply with state court-ordered supervision. This history spans 15 years, and was consistent and ongoing throughout, including noncompliance with state supervision at the time of his arrest. Accordingly,

IT IS ORDERED that Defendant's motion for release to attend his uncle's funeral, (Filing No. 130), is denied.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge