IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:17CR3004 |
| vs. | |
| BRENIS VAUGHN, | ORDER |
| Defendants. | |

On September 6, 2018, Defendant appeared before the court on an Amended Petition for Offender Under Supervision (Filing No. 510). The defendant was represented by John Vanderslice, Assistant Federal Public Defender, and the government was represented by Lesley Woods, Assistant U.S. Attorney.

A Defendant who is released pending a dispositional hearing on a supervised release Petition is not entitled to a preliminary hearing. The court finds the Petition is supported by probable cause, and Defendant must appear at a final dispositional hearing.

**IT IS ORDERED:**

1) The above-named defendant is released on the conditions imposed at sentencing.

2) The Amended Petition supersedes the prior Petition, and as such, the clerk shall terminate Filing No. 501.

3) A final dispositional hearing on the Amended Petition for Offender Under Supervision (Filing No.510) will be held before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on December 14, 2018. Defendant, defense counsel, and counsel for the government shall be present at the hearing.

September 6, 2018.   BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge